426 HOME OF CARE OF INEBRIATES *v.* REIS. [3 Cal. Unrep.]

tiff prays judgment for the sum of $183 for the restitution of said premises, and for damages for the rents and profits of said premises, and that such damages may be trebled as damages for the occupation and unlawful detention and holding over of the same, amounting to the sum of $10 per month, besides costs of suit.'' Judgment by default for the relief asked was set aside on defendant's motion, with leave to defendant to file an answer, and, after trial by the court, judgment was rendered as above stated.

P. J. Hazen for appellant; T. A. Caldwell and Stonesifer & Minor for respondent.

------

# HOME OF CARE OF INEBRIATES v. REIS, Treasurer.

## No. 13,741; August 6, 1891.

### 27 Pac. 310.

**Mandamus—Setting Aside Submission.**—Where, on an application for a writ of mandate against a city treasurer, the supreme court, after the cause is submitted, concludes that the constitutionality of certain acts must be determined, which questions have not been argued, the submission will be set aside, and an opportunity for argument thereof will be afforded.

APPLICATION for writ of mandate by the Home of the Care of the Inebriates against Reis, as treasurer of the city of San Francisco.

Tilden & Tilden for petitioner; John H. Dwist and George Flournoy, Jr., for respondent.

PER CURIAM.—This cause was submitted upon an argument which raised but a single question, viz., whether the act of the legislature, approved March 17, 1876, was repealed by

the act of 1889. Upon mature consideration, the court has concluded that a writ of mandate cannot be awarded without determining other questions, viz.: The constitutionality of the acts of April 7, 1870, and March 17, 1876; and whether the treasurer of San Francisco, in view of the provisions of section 82 of the consolidation act, can be compelled to pay any unaudited claim. These questions ought not to be decided without argument, and the submission of the cause is therefore set aside, in order that such argument may be had.